JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| DIANE THU HUONG PHAM, ) | Case No. 8:21-cv-00500-SVW-JDE |
| Plaintiff, ) | |
| vs. ) | JUDGMENT OF REMAND |
| ) | |
| KILOLO KIJAKAZI, Acting ) | |
| Commissioner of Social Security, ) | |
| Defendant. ) | |

The Court, having approved the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand") lodged concurrent with the lodging of the within Judgment of Remand, **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the Stipulation to Remand.

DATED: April 4, 2022

_____
HON. STEPHEN V. WILSON
UNITED STATES DISTRICT COURT JUDGE